CGFD71 (4/1/08)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Florida
www.flsb.uscourts.gov

**In re:** TOUSA, Inc.

**Case Number:** 08–10928–JKO
**Chapter:** 11
**County of Residence or Place of Business:** Fort Lauderdale

## TRANSMITTAL OF RECORD TO DISTRICT COURT

- ☑ Appeal pursuant to 28 U.S.C. § 158, Notice of Appeal filed on 6/30/08
- ☐ Request to Expedite Appeal attached.
- ☐ Related District Court Case Number:
  (Assigned to Motion filed pursuant to USDC Local Rule 87.4 C or D)

### The Party or Parties Included in the Appeal to District Court:

**Appellant(s):** Wells Fargo Bank, N.A.  
**Attorney:** Scott L. Baena  
200 S Biscayne Blvd #2500  
Miami, Florida 33131

**Appellee(s):** Tousa, Inc et al., Refer to Page 2,3, & 4 of DE #1265 for Additional Appellees and Respective Attorneys  
**Attorney:** Paul Steven Singerman  
200 Biscayne Blvd #1000  
Miami, Florida 33131

**Title and Date of Order Appealed:** Stipulated Final Order (I) Authorizing Limited Use of Cash Collateral Pursuant to Sections 105, 361 and 363 of the Bankruptcy Code, and (II) Granting Replacement Liens, Adequate Protection and Super Priority Administrative Expense Priority to Secured Lenders 6/20/08

**Entered on Docket Date:** 6/20/08    **Docket Number:** 1226

- ☑ Designation in Appeal (See Attached)
- ☐ Designation in Cross Appeal (See Attached)
- ☑ Copy of Docket
- ☐ Exhibits:
- ☑ Copies of Transcript(s) of Hearing(s) on: 1/30/08, 2/28/07, 3/6/08, 3/20/08, 4/9/08, 5/7/08, 5/14/08, 5/20/08, 5/22/08, 5/28/08, 6/3/08, 6/10/08 DE #1214 & 1215, 6/19/08
- ☑ Other: Appelles Designation DE #1428 & DE #1431 Documents Under Seal To Be Transmitted Upon Judge's Request

**Dated:** 8/20/08

**CLERK OF COURT**  
By: Maria Cervino  
Deputy Clerk   (954) 769–5700

---

### BANKRUPTCY RULE 8007 ACKNOWLEDGMENT OF DOCKETING IN DISTRICT COURT

DISTRICT COURT CASE NUMBER: _____

DATE OF DOCKETING: _____

**Court Administrator/Clerk of Court**  
By: _____

COPIES TO: Attorney for Appellant(s)  
Attorney for Appellee(s)

Deputy Clerk, U.S. District Court